

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RAFAEL MADRIGAL,<br><br>  Petitioner,<br><br>  v.<br><br>JAMES YATES, Warden,<br><br>  Respondent. | Case No. CV 07-7251-GAF (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND GRANTING CONDITIONAL WRIT OF HABEAS CORPUS |

  Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files herein, as well as the Report and Recommendation of the United States Magistrate Judge. The Court has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed.

  IT IS ORDERED that the Petition for Writ of Habeas Corpus is GRANTED. IT IS FURTHER ORDERED that Petitioner shall be brought to retrial within sixty (60) days of the date of entry of judgment or alternatively, be discharged from the adverse consequences of the conviction and judgment in this case.

Dated: September 3, 2009

              _____
              Gary A. Feess
              United States District Judge

# NOTICE PARTY SERVICE LIST

**Case No.** CV07-07251-GAF (MLG)   **Case Title** Rafael Madrigal v. James Yates

**Title of Document** Order Accepting and Adopting Report and Recommendation of the Magistrate Judge

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| | *ADD NEW NOTICE PARTY*<br>(if sending by fax, mailing address must also be provided) |
|---|---|
| Name: | |
| Firm: | |
| Address *(include suite or floor)*: | |
| | |
| | |
| *E-mail: | |
| *Fax No.: | |

\* For CIVIL cases only

| ✓ | **JUDGE / MAGISTRATE JUDGE** *(list below):* |
|---|---|
| Hon. Curtis B. Rappe | |
| Clara Shortridge Foltz Criminal Justice Center | |
| 210 W. Temple St., Dept. 103 | |
| Los Angeles, CA 90012 | |

**Initials of Deputy Clerk** JR