

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RAFAEL MADRIGAL, | Case No. CV 07-7251-GAF (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES YATES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and Granting the Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that a conditional writ of habeas corpus be GRANTED. It is further Ordered and Adjudged that Petitioner be brought to retrial within sixty (60) days of the date of this judgment or alternatively be discharged from the adverse consequences of the conviction and judgment in this case.

Dated: September 3, 2009

_____
Gary A. Feess
United States District Judge

# NOTICE PARTY SERVICE LIST

Case No.   CV07-07251-GAF (MLG)     Case Title   Rafael Madrigal v. James Yates

Title of Document   Judgment re: Order Accepting and Adopting Report and Recommendation of Mag. Judge

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail:

*Fax No.:

* For CIVIL cases only

| ✓ | JUDGE / MAGISTRATE JUDGE (list below): |
|---|---|
| | Hon. Curtis B. Rappe |
| | Clara Shortridge Foltz Criminal Justice Center |
| | 210 W. Temple St., Dept. 103 |
| | Los Angeles, CA 90012 |

Initials of Deputy Clerk   JR